**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THOMAS DOROBIALA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CARD KINGDOM, INC.,<br><br>Defendant. | Case No. 5:24-cv-02169-KK-SP |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Thomas Dorobiala, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby files this notice of voluntary Dismissal with Prejudice as to Plaintiff's individual claims, and without prejudice to the claims of putative class.

Dated: January 14, 2025

Respectfully submitted,

*/s/ Chris Gold*
Chris Gold
Florida Bar No. 088733
**GOLD LAW, PA**
350 Lincoln Rd., 2nd Floor
Miami Beach, FL 33139
Tel: 561-789-4413
chris@chrisgoldlaw.com

*Counsel for Plaintiff*